# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARIO ACCOMANDO,
                    Appellant,
            vs.
GEORGANN ROSE ACCOMANDO,
                    Respondent.

No. 84097

**FILED**

FEB 1 1 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____ S.Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court order entered on October 15, 2021. Eighth Judicial District Court, Family Court Division, Clark County; Amy Mastin, Judge.

Review of the notice of appeal and other documents before this court reveals a jurisdictional defect. No district court order was entered on October 15, 2021. To the extent appellant is attempting to appeal from the cancellation of a hearing on his motion to determine respondent's mental health, such a cancellation is not appealable. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

SUPREME COURT
OF
NEVADA

(O) 1947A

22-04623

cc:    Hon. Amy Mastin, District Judge, Family Court Division
       Mario Accomando
       Reza Athari & Associates, PLLC.
       Eighth District Court Clerk